# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 20-2978

———————————————

Lisa Sowell

*Plaintiff - Appellant*

v.

Evergreen Packaging LLC, formerly known as Evergreen Packaging, Inc.

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

——————————

Submitted: June 1, 2021
Filed: June 4, 2021
[Unpublished]

——————————

Before GRUENDER, WOLLMAN, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

In this employment action, Lisa Sowell challenges the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties'

———————————————

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

arguments on appeal, we find no basis for reversal.  See Denson v. Steak 'n Shake, Inc., 910 F.3d 368, 370 (8th Cir. 2018) (standard of review).  Accordingly, we affirm. See 8th Cir. R. 47B.

_____